UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | | |
|---|---|---|
| PAULETTE WHITE-JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| KILOLO KIJAKAZI, | ) | 4:22-CV-34-BO |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED AND DECREED** that the decision is supported by substantial evidence and the correct law was applied. The decision of the Commissioner is therefore AFFIRMED. Plaintiffs motion for judgment on the pleadings [DE 15] is DENIED and defendant's motion for judgment on the pleadings [DE 18] is GRANTED.

This case is closed.

**This judgment filed and entered on June 20, 2023, and served on:**
Scott Scurfield (via CM/ECF NEF)
Mark Goldenberg (via CM/ECF NEF)
Wanda Mason (via CM/ECF NEF)
Derrick Arrowood (via CM/ECF NEF)
Dianne Samu (via CM/ECF NEF)
Natasha McKay (via CM/ECF NEF)

PETER A. MOORE, JR., CLERK

June 20, 2023

/s/ Lindsay Stouch
By: Deputy Clerk